UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIMBERLY GALLAHAN,

              Plaintiff,

    v.

PHILADELPHIA INDEMNITY INSURANCE
Company,

              Defendant.

No. C17-131 RSM

**ORDER REGARDING STIPULATED WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

       The Court, having considered the parties' Stipulation and Proposed Order Regarding Withdrawal and Substitution of Counsel, hereby orders that Hardeep Rekhi and Greg Wolk, of Rekhi and Wolk, and Corey Endres, of Endres Law Firm are deemed to have withdrawn and Terry P. Abeyta of Abeyta Nelson P.C. is hereby substituted as counsel of record for Plaintiff.

       All future pleadings and papers directed to Plaintiff shall be served upon Terry P. Abeyta as substitute counsel at the following address:

       Terry P. Abeyta
       ABEYTA NELSON P.C.
       1102 West Yakima Avenue
       Yakima, WA 98902
       Telephone: (509) 575-1588
       Facsimile: (509) 457-8456
       E-Mail: tabeyta@abeytanelson.com

IT IS SO ORDERED this 9th day of August 2019.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

**REKHI & WOLK, P.S.**

By: *s/ Hardeep S. Rekhi*
Hardeep S. Rekhi, WSBA No. 34579
Gregory A. Wolk, WSBA No. 28946
529 Warren Ave N., Suite 201
Seattle, WA 98109
Telephone: (206) 388-5887
Facsimile: (206) 577-3924
E-Mail: hardeep@rekhiwolk.com
           greg@rekhiwolk.com

**ENDRES LAW FIRM**

By: *s/ Corey Endres*
Corey Endres, WSBA No. 35945
P.O. Box 42
Renton, Washington 98057
Telephone: (425) 228-6656
Facsimile: (425) 228-6676
E-Mail: cendres@endreslawfirm.com

**ABEYTA NELSON P.C.**

By: *s/ Terry P. Abeyta*
Terry P. Abeyta, WSBA No. 7165
1102 West Yakima Avenue
Yakima, WA 98902
Telephone: (509) 575-1588
Facsimile: (509) 457-8456
E-Mail: tabeyta@abeytanelson.com

*Attorneys for Plaintiff*

**KELLER ROHRBACK L.L.P.**

By: *s/ Mirén C. First* (per authorization)
David J. Russell, WSBA No. 17289
Mirén C. First, WSBA No. 26202
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
E-Mail: drussell@kellerrohrback.com
           mfirst@kellerrohrback.com

*Attorneys for Defendant*

ORDER REGARDING STIPULATED WITHDRAWAL
AND SUBSTITUTION OF COUNSEL
CASE NO. 2:17-CV-00131 RSM
Page 2 of 2

Rekhi & Wolk, P.S.
529 Warren Ave N., Suite 201
Seattle, WA 98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924