UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIMBERLY GALLAHAN,

                Plaintiff,

v.

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

                Defendant.

No. 2:17-cv-00131-RSM

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

## **STIPULATION**

IT IS HEREBY STIPULATED by plaintiff and defendant, through their respective attorneys, that this cause, including all claims that were or could have been asserted by any party may be dismissed with prejudice.

///

///

///

///

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | | |
|---|---|---|
| 1 | DATED this 24th day of February, 2020. | |
| 2 | ABEYTA NELSON P.C. | KELLER RORHBACK L.L.P. |

DATED this 24th day of February, 2020.

ABEYTA NELSON P.C.

By_____
Terry Abeyta, WSBA # 7165
Abeyta Nelson P.C.
1102 W. Yakima Avenue
Yakima, WA 98902
Phone: 509-575-1588
Email: tabeyta@abeytanelson.com
Attorney for Plaintiff

KELLER ROHRBACK L.L.P.

By_____
Mirén C. First, WSBA #26202
David J. Russell, WSBA #17289
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: 206-623-1900;
Email: mfirst@kellerrohrback.com
Email: drussell@kellerrohrback.com
Attorneys for Defendant

## **ORDER**

Based upon the foregoing stipulation, IT IS HEREBY ORDERED that the above-titled cause is hereby dismissed with prejudice and without costs to any party.

DATED this 26th day of February 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384